# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

———————————————————— )
KRSTAFER PINKERTON, et al.,        )
                                   )
              Plaintiffs,          )
                                   )
      v.                           )      Civil Action No. 25-3127 (PLF)
                                   )
DEBRA REINHARDT, et al.,           )
                                   )
              Defendants.          )
———————————————————— )

## ORDER

For the reasons set forth in the Opinion issued this same day, it is hereby

ORDERED that defendants' Motions to Dismiss [Dkt. Nos. 8, 12, 14] are

DENIED; it is

FURTHER ORDERED that plaintiffs' Motion for a Temporary Restraining Order

for Expedited Preliminary Injunction Proceedings [Dkt. No. 36] is DENIED; and it is

FURTHER ORDERED that this case be TRANSFERRED to the Middle District

of Florida pursuant to 28 U.S.C. § 1406(a).

SO ORDERED.


_____
PAUL L. FRIEDMAN
United States District Judge

DATE:  June 24, 2026